IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JEFFREY STENNETT
NICOLE FITZGERALD

Criminal No. 21-473

[UNDER SEAL]

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Benjamin J. Risacher, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants JEFFREY STENNETT and NICOLE FITZGERALD, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendants with violating Title 18, United States Code, Section 1349.

Recommended bond: $10,000 bond.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

FILED
NOV 10 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

By: */s/ Benjamin J. Risacher*
BENJAMIN J. RISACHER
Assistant U.S. Attorney
PA ID No. 318436