IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY STENNETT and
NICOLE FITZGERALD,
    Defendant.

Criminal No. 21-473
ELECTRONICALLY FILED

## ORDER OF COURT

Pursuant to 28 U.S.C. 455(a), this Court hereby recuses itself as to all matters of the above-captioned case and requests that this case be assigned to another member of the Court. (see doc. no. 241 at 2:07cr0298)

SO ORDERED this 19th day of November, 2021.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record